IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

ROBERT DALE RANDALL §

VS. § CIVIL ACTION NO. 1:05cv790

K. MOORE §

MEMORANDUM OPINION REGARDING VENUE

Petitioner Robert Dale Randall, an inmate confined in the Michael Unit of the Texas Department of Criminal Justice, Institutional Division, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Discussion

Petitioner states that in 2003, he was convicted of evading arrest in the 253rd District Court of Chambers County, Texas. He received a 2 year sentence.

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that the district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

Petitioner was convicted in Chambers County, Texas. Pursuant to 28 U.S.C. § 124, Chambers County is in Galveston Division of the Southern District of Texas. As all records and

witnesses involving this action may be located in the Southern District, the transfer of this action to such district would further justice.

Accordingly, this case should be transferred to the Galveston Division of the United States District Court for the Southern District of Texas. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED** this   30   day of        November       , 2005.

*/s/ Earl S. Hines*
EARL S. HINES
UNITED STATES MAGISTRATE JUDGE